FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 15 2016 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BOARD OF TRUESTEES OF THE UNITED
UNION OF ROOFERS, WATERPROOFERS &
ALLIED WORKERS LOCAL UNION NO. 8
W.B.P. & A. FUNDS,

                Plaintiff,

-against-

AKRO GENERAL CONTRACTING, INC.,

                Defendant.
------------------------------------------------------------x

NOT FOR PUBLICATION
ORDER
15-CV-4901 (CBA) (VMS)

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Vera M. Scanlon, United States Magistrate Judge, dated August 15, 2016, recommending that plaintiff's motion for a default judgment be granted in part, and that plaintiff be awarded: $12,317.21 in damages for unpaid late payments on benefit plan contributions; $2,000 for attorney's fees; and $480 in court costs. (See D.E. # 13.)

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the R&R as the opinion of the Court. The Clerk of Court is directed to enter judgment against the defendant, and in favor

1

of the plaintiff: $12,317.21 in damages; $2,000 for attorney's fees; and $480 in court costs. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: November 14, 2016
      Brooklyn, New York

s/Carol Bagley Amon

_____
Carol Bagley Amon
United States District Judge